*1296 ante, p. 793;
ante, p. 1261;
ante, p. 1243;
ante, p. 1263;
ante, p. 1263;
*1297 No. 99-1794.
No. 99-1887.
No. 99-7643.
No. 99-8341.
No. 99-8587.
No. 99-8724.
No. 99-8888.
No. 99-9047.
No. 99-9049.
No. 99-9104.
No. 99-9223.
No. 99-9250.
No. 99-9356.
No. 99-9487.
No. 99-9533.
No. 99-9632.
No. 99-9772.
ante, p. 1276;
ante, p. 1263;
529 U. S. 1007;
529 U. S. 1089;
529 U. S. 1102;
529 U. S. 1129;
ante, p. 1217;
ante, p. 1218;
ante, p. 1234;
ante, p. 1246;
ante, p. 1265;
ante, p. 1210;
ante, p. 1279;
ante, p. 1267;
ante, p. 1280;
ante, p. 1281; and
ante, p. 1259. Petitions for rehearing denied.